Hillsborough, }
  Dec., 1894. }

## BARTLETT *v.* BLAIR.

This court will not decide whether, under *s.* 6, *art.* 1 of the federal constitution, a member of congress in attendance at a session of the house to which he belongs is privileged from service of civil process made conformably to the laws of this state, in the absence of any adjudication of the question by the supreme court of the United States.

ASSUMPSIT. Facts agreed. A copy of the writ, duly attested, was seasonably left at the usual abode of the defendant in Manchester in this county by a qualified officer. The defendant was then and still is a member of the national house of representatives. When the copy was served, he was in actual attendance at a special session of congress, and most of the time since has been in attendance at said session and at the regular session, in the discharge of his public duties. Counsel for the defendant appeared specially, and moved that the writ and service thereof be quashed and the case dismissed, on the ground that as a member of congress in attendance at a session of the house to which he belonged, the defendant was privileged from service of any civil process issued by any state court and returnable during the session of said house; that no valid service had been made upon him under the circumstances, and that the court had no jurisdiction.

*Samuel W. Emery*, for the plaintiff.

*Burleigh & Adams*, for the defendant.

BLODGETT, J. The question raised involves the construction of *s.* 6, *art.* 1 of the federal constitution, by which senators and representatives are privileged from arrest, except for treason, felony, and breach of the peace, during their attendance at the session of their respective houses, and in going to and returning from the same. This question being a federal one, it is not necessary, and would be useless, for us to form or express an opinion upon it; and in the absence of any adjudication by the supreme court of the United States extending the privilege to the service of a summons or like civil process, the motion is

                                      *Denied.*

All concurred.